IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GLADYS ORTIZ RODRIGUEZ

DEBTOR

* CASE NO. 12-06317/MCF
*
* CHAPTER 13

******************************************************************

## MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COMES, **GLADYS ORTIZ RODRIGUEZ,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On August 10, 2012, the debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The debtor, Gladys Ortiz Rodríguez, respectfully requests a voluntary dismissal of her bankruptcy case. 11 U.S.C. §1307.

3. There have been no prior cases and no prior conversions.

**WHEREFORE**, petitioner Gladys Ortiz Rodríguez, in the above captioned case, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

**IT IS HEREBY CERTIFIED**, that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to Gladys Ortiz Rodríguez, PO BOX 3334, Juncos, PR 00777, debtor in the present case.

Page -2-
Motion for Voluntary Dismissal
Case no. 12-06317/MCF

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 1st day of May 2013.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614/ATTORNEY FOR PETITIONER
PO BOX 186
787-744-7699 FAX 746-5294
EMAIL: rfigueroa@rfclawpr.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiendo sido advertida por mi abogado de las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 1 de mayo de 2013.

Gladys Ortiz Rodríguez