IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

GLADYS ORTIZ RODRIGUEZ

XXX-XX-5168

Debtor(s)

CASE NO. 12-06317 MCF

Chapter 13

FILED & ENTERED ON 05/09/2013

ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtor (see docket entry #48), it is now

ORDERED, ADJUDGED and DECREED that the instant case be and is hereby dismissed; and it is further

ORDERED, ADJUDGED and DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 09 day of May, 2013.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C: All creditors
F/up