# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| *In re:* <br> GLADYS ORTIZ RODRIGUEZ <br> xxx–xx–5168 <br><br> Debtor(s) | **Case No.** 12–06317 MCF <br> **Chapter 13** <br><br><br> **FILED & ENTERED ON 7/30/13** |
|---|---|

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The instant case has been dismissed. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder, and that the estate be and is hereby closed.

SO ORDERED.

San Juan, Puerto Rico, this **Tuesday, July 30, 2013**.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Court

cc: ALEJANDRO OLIVERAS RIVERA , UST